IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

VS.                                     Criminal #03-20323

DURRELL MACKEY,

    Defendant

## MOTION TO CONTINUE THE SURRENDER DATE

The Defendant Durrell Mackey having been sentenced in the above case to the custody of the Bureau of Prison and having been granted leave by court to report to the designated facility was ordered to surrender to the Bureau of Prison by reporting to FCI Memphis SCP, 1101 John A. Denie Road, Memphis, Tennessee 38134 by 2 p.m. on Tuesday, May 31, 2005.

Defendant Durrell Mackey humbly requests that this Order to surrender on the above date be continued for an additional thirty (30) days to allow him to finish making preparations for the change in management of his detailing business and to allow him to finish the real estate closing on his home. All of the above is designed to facilitate a smooth transition for his family to continue in his absence.

**WHEREFORE, premises considered** the Defendant Durrell Mackey moves this honorable Court to continue the surrender date in the above matter

**MOTION GRANTED**
DATE: 5-31-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-2-05

for thirty (30) days to allow him to complete all of the aforementioned business matters.

                Respectfully submitted,

_____
Handel R. Durham, Jr.
Attorney for Defendant Durrell Mackey
100 N Main Bldg, Suite 2601
Memphis, TN 38103
Phone: (901) 543-0866

### Certification of Service

I hereby certify that a copy of the foregoing Motion was duly forwarded to the honorable Leonard E. Lucas, Assistant U.S. Attorney, 167 N Main Street, Suite 800, Memphis, Tennessee 38103 this 24 day of May 2005.

_____
Handel R. Durham, Jr.
Attorney for Defendant

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:03-CR-20323 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT