IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
___WESTERN___ DIVISION

FILED BY __Cg__ D.C.

05 SEP 23 AM 10: 19

THOMAS M. GOULD
CLERK, U.S DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.     Case No. __03-20323 D__

DURRELL MACKEY_____,

    Defendant.

---

### ORDER REFUNDING CASH APPEARANCE BOND

---

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and, the Clerk is directed to issue a check on the Registry in the sum of $ _500.00_, payable to ___Nicole Woods-Mackey___ at _4730 Mallard Nest Dr., Mphs TN 38141_
              (Name)                              (Address)

in full refund of the cash appearance bond posted herein.

*[signature]*
United States District Judge Donald
*September 22, 2005*

Approved.
Thomas M. Gould, Clerk of Court

BY: _[signature]_____
    Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _9/23/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 2:03-CR-20323 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

---

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT